UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHEALLE MILLER,

    Plaintiff,

v.                                                    CASE NO. 3:16cv612-MCR-GRJ

SUI GENERIS ENDEAVORS, LLC,
and JAMARIO RIDLEY,

    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 22, 2018, recommending that Plaintiff's motion for contempt and to enforce and motion for sanctions should be granted to the extent that if responses to Plaintiff's collection interrogatories and collection requests for production are not provided within the fourteen day period to object to the report and recommendation, this matter should be referred to a magistrate judge for the issuance of a show cause order for Defendants to appear before the Court to show cause why they should not be held in civil contempt and incarcerated. ECF No. 17. The magistrate judge's report and recommendation also recommends that Plaintiff should be awarded attorney's fees in the sum of $500.00, payable to counsel for Plaintiff

within thirty days of the date of the Court's order adopting the report and recommendation. (*Id.*)

Plaintiff has been furnished with a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No objections were filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. Plaintiff's Motion for Contempt and to Enforce and Motion for Sanctions, ECF No. 16, is **GRANTED** to the extent that if responses to Plaintiff's Collection Interrogatories and Collection Requests for Production were not provided within the fourteen day period to object to the report and recommendation, this matter will be referred to a magistrate judge for the issuance of a show cause order for Defendants to appear before the Court to show cause why they should not be held in civil contempt and incarcerated.

2. Plaintiff must file a notice advising the Court within seven days of the date of this Order whether Defendants provided responses to Plaintiff's Collection Interrogatories and Collection Requests for Production within the fourteen day period to object to the report and recommendation.

3. Plaintiff is awarded attorney's fees in the sum of $500.00. Defendants must submit payment for the attorney's fees to counsel for Plaintiff within thirty (30) days of the date of this Order.

**DONE AND ORDERED** this 24th day of April 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**