IN THE UNITED STATES DISTRICUT COURT
FOR NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **MICHEALLE MILLER,** | ) |
| | ) CASE NO: 3:16-CV-612-MCR-GRJ |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **SUI GENERIS ENDEAVORS, LLC and** | ) |
| **JAMARIO RIDLEY,** | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## NOTICE OF VOLUNATRY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, MICHEALLE MILLER, by and through the undersigned counsel, hereby voluntarily dismisses the Complaint filed against the Defendants of the above-styled action, without prejudice.  All parties shall bear their own attorney fees and costs.

DATED: February 14, 2019

 Respectfully Submitted,

/s/ JEREMIAH J. TALBOTT
JEREMIAH J. TALBOTT, Esq.
Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Florida 32503
(850) 437-9600 · (850) 437-0906

Attorneys for Plaintiff
civilfilings@talbottlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via US Mail to all Defendants on this date, February 14, 2019.

/s/ JEREMIAH J. TALBOTT<br>
JEREMIAH J. TALBOTT, Esq.<br>
Jeremiah J. Talbott, P.A.

## SERVICE LIST

SUI Generis Endeavors, LLC
C/O Jamario Ridley as Registered Agent
38 South Blue Angel Parkway #351
Pensacola, FL 32506

Jamario Ridley
38 South Blue Angel Parkway #351
Pensacola, FL 32506

Jamario Ridley
1241 Bridgecreek Terrace
Pensacola, FL 32506

Jamario Ridley
2434 Sonra Calzada
Pensacola, FL 32507

SUI Generis Endeavors, LLC
C/O Jamario Ridley as Registered Agent
1241 Bridgecreek Terrace
Pensacola, FL 32506

SUI Generis Endeavors, LLC

C/O Jamario Ridley as Registered Agent
2434 Sonra Calzada
Pensacola, FL 32507
Robert R. McDaniel, II, Esq.
103 N. Devilleiers Street
Pensacola, FL 32502
Robmcdaniellaw@gmail.com

Jamario Ridley
1241 Bridge Creek Terrace
Pensacola, FL 32506